TO: THE OFFICE OF THE CLERK, U.S DISTRICT COURT (N.D.O.C)

I HAVE RECEIVED THIS NOTICE AND BECAUSE I AM CURRENTLY INCARCERATED AND NOT REPRESENTED BY AN ATTORNEY, I DO NOT HAVE ACCESS TO E-FILLING

I WOULD ALSO LIKE TO NOTIFY THE CLERKS OFFICE, COURTS AND WHOM EVER ELSE NEEDS TO BE NOTIFIED THAT I AM NO LONGER IN F.C.I VICTORVILLE BUT HAVE MOVED TO, F.C.I TERMINAL ISLAND, P.O BOX 3007, TERMINAL ISLAND, CA 90731.

THANK YOU,

SINCERELY,
JERRY ESTEBAN

**FILED**
JUL 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**
JUL 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORDER OF THE CHIEF JUDGE

IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES
4:07-cv-01103 CW   Esteban v. Banks

When the Electronic Case Filing (ECF/e-filing) program was established for civil cases in January 2003 (see generally General Order 45), the court's practice was to exclude from the e-filing program cases in which any party was not represented by an attorney. Pursuant to Part III of General Order 45, the court's ECF webpage provided: "All cases involving pro se parties are excluded from the e-filing program and must be filed entirely in paper, unless otherwise ordered by the court." Effective immediately, cases with unrepresented party litigants in which at least one party is represented by an attorney will no longer be excluded from the e-filing program. All *represented* parties will e-file their submissions to the court on the same basis as in cases not involving pro se litigants and in compliance with all parts of General Order 45. *Represented* parties will be required to serve paper copies by mail on *unrepresented* parties only. As before, unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge in a particular case.

IT IS SO ORDERED.

Date: May 11, 2007

Vaughn R Walker
United States District Chief Judge

4987