JERRY ESTEBAN 99895-111
FEDERAL CORRECTION INSTITUTION
P.O. BOX 3007
TERMINAL ISLAND, CA 90731

LONG BEACH CA 908
20 JUL 2007 PM 6 T

9410235661

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102