Jerry Tavale Esteban
Federal Identification Number 99895-111
Federal Correctional Institution
1299 Seaside Ave.
San Pedro, California 90731

September 17, 2007

United States District Court
Northen District of California
Santa Clara Division

Re: C-07-1103-CW(PR)

Your Honor,

I am the Petitioner in the above entitled case. AS can be observed, I have been transferred from the Federal Correctional Institution in Victorville, California to the Federal Correctional Institution in Terminal Island, California.

I have not received anything from the Court in regards to this case since the filings on February 23, 2007. Could you please advise me as to any filings and or decisions that have been made in this case since the original filings.

It has come to my attention that I have possibly filed this petition in the wrong venue under 2241. Since I am incarcerated in the Central District of California and I filed under 2241, I think the proper venue would have been the Central District of California where I am incarcerated. If so, could you please transfer the petition to the proper venue.

I thank you for your time and effort in advance.

Sincerely,

CERTIFICATE OF SERVICE BY MAIL

I, Jerry Tavale Esteban, do hereby swear under the penalty of perjury, that I placed a copy of the foregoing correspondence and addressed it to:
The United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102

Dated this 19 Day of September, 2007