

LONG BEACH CA 908
20 SEP 2007 PM 3 T

Jerry Tavale Esteban 99895-111
Federal Correctional Institution
1299 Seaside Ave.
San Pedro, CA 90731

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

94102343493