IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TAVALE ESTEBAN, | No. C 07-01103 CW (PR) |
|     Petitioner, | ORDER REFERRING CASE FOR RELATED CASE DETERMINATION |
|   v. | |
| TERESER A BANKS, | |
|     Respondent. / | |

    Petitioner, a federal prisoner currently incarcerated at the Federal Correctional Institution in Terminal Island, California, filed a <u>pro se</u> petition for a writ of habeas corpus. He has paid the filing fee.

    The underlying procedural history gleaned from the petition appears to be as follows:

    On May 6, 2003, Petitioner was arrested by the Bureau of Alcohol, Tobacco, Firearms and Explosives and the Federal Bureau of Investigation. He was booked into the Santa Clara County Jail under a federal hold.

    On July 31, 2003, he posted bail on the federal hold. On that same day, he was re-booked into the custody of the State of California and placed in the Monterey County Jail on state charges related to the federal hold.

    On January 26, 2004, Petitioner's bail was ordered exonerated, and he was taken back into custody by federal authorities and re-booked in the Santa Clara County Jail.

    According to the docket sheet in Petitioner's federal criminal case, <u>United States v. Esteban</u>, Case No. CR 03-20033-01 JW, Petitioner plead guilty on February 9, 2004 before the Honorable

1 James Ware of this Court to federal drug charges and to a charge of
2 being a felon in possession of a firearm. On August 28, 2004, he
3 was sentenced to 121 months in federal prison followed by five
4 years of supervised release.
5  On September 28, 2004, Petitioner was sentenced to four years
6 in state prison on his related state charges. He was transported
7 to a state prison facility, where he served his state sentence
8 until May 16, 2006.
9  Petitioner is currently serving his federal sentence. He
10 challenges the execution of his federal sentence, alleging that he
11 should have been entitled to serve his state and federal sentences
12 concurrently in federal custody.
13  "Whenever a Judge believes that a case pending before that
14 Judge is related to another case, the Judge may refer the case to
15 the Judge assigned to the earliest filed case with a request that
16 the Judge assigned to the earliest filed case consider whether the
17 cases are related." N.D. Cal. Local Rule 3-12(c).
18  Accordingly, the undersigned refers the case to Judge Ware
19 with a request that he consider whether this case is related to
20 United States v. Esteban, Case No. CR 03-20033-01 JW.
21  IT IS SO ORDERED.

Dated: 11/1/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JERRY TAVALE ESTEBAN,

        Plaintiff,

  v.

TERESER A BANKS et al,

        Defendant.

Case Number: CV07-01103 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Tavale Esteban 99895-111
Federal Correction Intstitution
P.O. Box 3007
Terminal Island, CA 90731

**Elizabeth De La Vega**
United States Attorney's Office
NDCA, San Jose Branch
150 Almaden Blvd., Suite 900
San Jose, CA 95113

**Eugene Jesus Martinez**
Attorney at Law
146 Central Ave.
Salinas, CA 93901

Dated: November 1, 2007

                                   Richard W. Wieking, Clerk
                                   By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\HC.07\Esteban1103.referral.wpd      3