United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jerry Tavale Esteban, | NO. CR 03-20033-01 JW |
| | NO. C 07-01103 CW |
| Petitioner, | |
| v. | **ORDER RELATING CASES** |
| Tereser Banks, | |
| Respondent. | |

Before the Court is Judge Claudia Wilken's Order Referring Case for Related Case Determination. (See Docket Item No. 6.) The issue is whether the above entitled § 2255 is related to a criminal matter previously adjudicated by this Court. See. Civ. L. R. 3-12(c). As pleaded, Petitioner's writ of habeas corpus appears to involve the circumstances of Petitioner's sentencing before this Court. Accordingly, the Court finds that C 07-1103 CW is related to CR 03-20033 JW within the meaning of Civ. L. R. 3-12(a).

The Clerk shall reassign the C 07-1103 CW to this Court.

Dated:  November 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jerry Tavale Esteban
Federal Correction Institution
P.O. Box 3007
Terminal Island, CA 90731

Elizabeth De La Vega
United States Attorney's Office
NDCA, San Jose Branch
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Eugene Jesus Martinez
Attorney at Law
146 Central Av.
Salinas, CA 93901

**Dated:  November 16, 2007**              **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**