**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              408.535.5364

March 7, 2008

United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, Calif., 90012

RE: CV 07-01103 JW   Esteban-v-Banks

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Cindy Vargas
Case Systems Administrator

Enclosures
Copies to counsel of record